```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0040--CR (TWH)
                              "USA V KRISTINNA K. BROWN"
                              DEF 1.1 BROWN, KRISTINNA K.

              Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
    Magistrate Judge:
              Filed: 11/03/05
             Closed: NO
 No. of Defendants: 1
    MJ Case Number:
                AKA:
    Location status: Not specified
         Trial date:
         Terminated: NO
 Needs interpreter: NO
  Counsel of record: Kristinna K. Brown
                     Pro Per
                     1075 Robertson Ct.
                     Ft. Wainwright, AK 99703
                     907-356-1888
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: J. Thomas Bartleson
                   Special Assistant U.S. Attorney
                   101 12th Avenue, Room 310
                   Box 2
                   Fairbanks, AK 99701
                   907-353-6554
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 BROWN, KRISTINNA K.

Document             Count      Citation and Description                           Disposition
─────────────────    ─────      ───────────────────────────────────────────────    ──────────
    1 -   1 INF        1        18:13-7210 DRIVING WHILE INTOXIATED (M)            Pending
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F05-0040--CR (TWH)
                                   "USA V KRISTINNA K. BROWN"

                                        For all filing dates


   Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
   Magistrate Judge:
              Filed: 11/03/05
             Closed: NO
No. of Defendants: 1


Document #   Filed       Docket text

NOTE -   1   11/03/05    Issued: Summons.

   1 -   1   11/03/05    [Re: DEF 1] PLF 1 Information.

   2 -   1   11/03/05    [Re: DEF 1] TWH Minute Order scheduling arraignment for 1/13/06 at 2:30
                         p.m. in Fairbanks.  cc: USA; USM; USPO; defendant; MJ Hall.

   3 -   1   11/16/05    Return of summons unexecuted bad address by USM.

   4 -   1   11/29/05    [Re: DEF 1] TWH Minute Order vacating arr and directing goverment to
                         provide new address within 30 days. cc; Bartleson, FPO, FPD, USM
```