UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KRISTINE KAY BROWN,<br><br>  Defendant. | Case No. F05-0040CR(TWH) |

**JUDGMENT OF DISCHARGE**
Fed.R.Crim.P. 32(k)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

The Government has not filed with the Court any additional service information for Defendant; of the offense(s) of Operating a Vehicle While Intoxicated as charged in count(s) one of the Information.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

**DATED** at Fairbanks, Alaska, this 5 day of January, 2006.

_____
TERRANCE W. HALL
United States Magistrate Judge

[]{DISCHARG.WPD*Rev.07/03}